UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALAN D. ZUREK<br>  Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>  Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| ALAN D. ZUREK<br>  Respondent(s) | :<br>: CASE NO. 5-16-bk-01283 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO EXEMPTIONS

AND NOW, this 18th day of July, 2016, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Exemptions filed on or about July 5, 2016 be withdrawn, as all issues have been resolved.

  Respectfully submitted,

  /s/Charles J. DeHart, III___
  Standing Chapter 13 Trustee
  8125 Adams Drive, Suite A
  Hummelstown, PA 17036
  (717)566-6097

CERTIFICATE OF SERVICE

AND NOW, this 18th day of July, 2016, I hereby certify that I have served the within Motion by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

David Harris, Esquire
69 Public Square, Suite 700
Wilkes Barre, PA 18701

  /s/Deborah A. Behney
  Office of Charles J. DeHart, III
  Standing Chapter 13 Trustee