In re:                                                    Case No. 16-01283-RNO
Alan D. Zurek                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 2          Date Rcvd: Apr 10, 2019
                             Form ID: ordsmiss        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
```
db              Alan D. Zurek,    268 Elm St,   Dupont, PA  18641-1953
cr             +Choice One Community Credit Union,    101 Hazle Street,    Wilkes-Barre, PA 18702-4305
4781252        +Choice One Community Credit Union,    126 South Main Street,    Pittston, PA 18640-1739
4768848         Choice One Community FCU,    101 Hazle St,   Wilkes Barre, PA 18702-4305
4768849         Christine M. Gilroy,    268 Elm St,   Dupont, PA  18641-1953
4768850        +Commonwealth of PA,    Luzerne County Clerk of Courts,    200 N River St,
                 Wilkes Barre, PA 18711-1001
4781251        +John Fisher, Esq.,    126 South Main Street,    Pittston, PA 18640-1741
4768851        +John Fisher, Esquire,    126 S Main St,   Pittston, PA 18640-1741
4768852        +KML Law Group,    701 Market Street,    Suite 5000-BNY Independence Center,
                 Philadelphia, PA 19106-1538
4768844         Law Office of David J Harris,    67-69 Public Sq Ste 700,    Wilkes Barre, PA 18701-2515
4768853         M&T Bank,    PO Box 61903,    Dallas, TX  75261-9063
4768855         Sallie Mae, Inc.,    c/o Blatt Hasenmiller, et al,    1835 Market St Ste 501,
                 Philadelphia, PA  19103-2933
4768843         Zurek Alan D,    268 Elm St,   Dupont, PA  18641-1953
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              EDI: RECOVERYCORP.COM Apr 10 2019 23:18:00      Recovery Management Systems Corporation,
                 25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
4768846        +EDI: CAPITALONE.COM Apr 10 2019 23:18:00      Capital One (USA), N.A.,   P. O. Box 71083,
                 Charlotte, NC 28272-1083
4768847         EDI: CAPITALONE.COM Apr 10 2019 23:18:00      Capital One Bank (USA), N.A.,   P. O. Box 71083,
                 Charlotte, NC  28272-1083
4778714         E-mail/Text: camanagement@mtb.com Apr 10 2019 19:24:26      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
4768854         EDI: PRA.COM Apr 10 2019 23:18:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk, VA  23541-0914
4837143         EDI: RECOVERYCORP.COM Apr 10 2019 23:18:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4816804*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
4768845        ##+Alpha Recovery Corp,    5660 Greenwood Plaza Blvd.,  Ste 101,    Greenwood Village, CO 80111-2417
                                                                         TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David J. Harris   on behalf of Debtor Alan D. Zurek  dh@lawofficeofdavidharris.com,
              davidharrisesqign@gmail.com
              James  Warmbrodt   on behalf of Creditor   M&T Bank  bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      John  Fisher   on behalf of Creditor   Choice One Community Credit Union johnvfisher@yahoo.com,
       fisherlawoffice@yahoo.com
      John F Goryl   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
      Joshua I Goldman   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                    TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Alan D. Zurek,

    **Debtor 1**

Chapter    13

Case No.    5:16–bk–01283–RNO

### <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated:  April 10, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

ordsmiss (05/18)